**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | **Case No. 26-cv-10877** |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION FOR 5 U.S.C. § 705 STAY OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, Plaintiffs respectfully move the Court to stay agency action under 5 U.S.C. § 705 or, in the alternative, for a preliminary injunction. In particular, Plaintiffs move the Court for an order staying or preliminarily enjoining Secretary's Order 3431, titled "Restoring Truth and Sanity to American History," and its implementation by Defendants. As explained in the accompanying memorandum, preliminary relief is warranted because Plaintiffs are likely to succeed on the merits of their claims that the Secretary's Order is arbitrary and capricious, contrary to law, and in excess of statutory authority, all in violation of the Administrative Procedure Act. Plaintiffs also face irreparable harm absent preliminary relief, and the balance of the equities and the public interest favor an injunction or stay.

Accordingly, Plaintiffs respectfully request that the Court issue an order consistent with the enclosed proposed order staying Defendants' action under 5 U.S.C. § 705 or, in the alternative, a preliminary injunction.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that they contacted counsel for Defendants to meet and confer regarding this Motion, and counsel for Defendants stated Defendants oppose.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) and section H of this Court's standing order, Plaintiffs respectfully request oral argument on this motion because oral argument may assist the Court in resolving the issues presented.

Date: March 18, 2026

Respectfully submitted,

/s/ Brooke Menschel

Brooke Menschel* (NY Bar No. 5004692)
Michael J. Torcello* (DC Bar No. 90014480)
Pablo A. Moraga* (DC Bar No. 90037895)
Steven Y. Bressler* (DC Bar No. 482492)
Robin F. Thurston* (DC Bar No. 1531399)
Mark B. Samburg (Mass. BBO No. 680099)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
F: (202) 796-4426

*Counsel for the Plaintiffs*
*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Brooke Menschel
Brooke Menschel