**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Case No. 26-cv-10877** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR 5 U.S.C. § 705 STAY OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for 5 U.S.C. § 705 Stay or, in the alternative, Preliminary Injunction, ECF No. _____, it is hereby ORDERED that:

- Secretary's Order 3431, "Restoring Truth and Sanity to American History," likely violates the Administrative Procedure Act and is hereby stayed pursuant to 5 U.S.C. § 705;

- Defendants are barred from implementing, enforcing, or otherwise giving effect to Secretary's Order 3431, "Restoring Truth and Sanity to American History," or any substantively similar order, mandate, guidance, or instruction, including by requiring Park Service staff to assess, flag, modify, remove, or submit for compliance reviews interpretive materials based on alleged compliance with or violation of the "Restoring Truth and Sanity to American History" Executive Order or the substance of its terms;

- Defendants must, within 45 days of this Order, restore the status quo ante that existed prior to the now-stayed Secretary's Order, including by restoring any interpretive materials removed or modified in implementing the Secretary's Order to their state as of May 19, 2025;

- Defendants shall immediately preserve and not destroy or permanently alter any interpretive materials removed since May 19, 2025, including any they argue were not removed pursuant to the Secretary's Order, pending final resolution of this matter;

- Within 24 hours of this Order, Defendants shall provide notice of the Court's order to all Defendants and their officers, employees, and agents, and any person acting in concert with Defendants and their officers, employees, and agents;

- Within 72 hours of this Order, and every seven days thereafter until otherwise ordered by the Court, Defendants shall file a status report on the docket describing all steps they have taken to comply with the Court's order, including a comprehensive listing in every fourth status report of all interpretive materials that have been restored to their state as of May 19, 2025.

So ORDERED this _____ day of _____, 2026

_____
THE HON. ANGEL KELLEY
UNITED STATES DISTRICT JUDGE