# EXHIBIT 4

Declaration of Cybelle Jones

Society for Experiential Graphic Design ("SEGD")

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NATIONAL PARKS CONSERVATION ) 
ASSOCIATION, *et al.*, )
 )
    Plaintiffs, )
 )
        v. )      **Case No. 26-cv-10877**
 )
UNITED STATES DEPARTMENT OF ) 
THE INTERIOR, *et al.*, )
 )
    Defendants. )

**DECLARATION OF CYBELLE JONES**

I, Cybelle Jones, declare as follows:

1.      My name is Cybelle Jones. I am over the age of eighteen. This declaration is based upon my personal knowledge and experience as Chief Executive Officer of the Society for Experiential Graphic Design ("SEGD"). I provide this declaration in support of Plaintiffs' Motion for Preliminary Injunction or 5 U.S.C. § 705 Stay.

2.      I joined SEGD in 2006, served as a board member until 2012, and became its CEO in 2020. I first joined SEGD because I was looking for a community of peers working in exhibition and interpretive design. SEGD stood out as the only professional organization supporting individuals in this field and providing resources for design excellence—from research and inspiration to practical tools such as ADA white papers and best practices for interpretive signage, accessibility, and experience design.

3.      Prior to becoming CEO, I spent more than 25 years at Gallagher & Associates as a Principal and Executive Director, leading exhibition and interpretive design projects for many of

1

Case 1:26-cv-10877-AK    Document 29-6    Filed 03/18/26    Page 3 of 13

the nation's most significant cultural institutions. My work includes projects for the Smithsonian National Museum of Natural History (Sant Ocean Hall and the Geology, Gems and Minerals Hall), the National Archives including the historic vaults, and multiple presidential libraries including the Ronald Reagan and Jimmy Carter Presidential Libraries. I also led projects for the National Park Service including Gettysburg National Military Park and Museum, the Flight 93 National Memorial Visitor Center, and the White House Visitor Center. Additional projects include the National WWII Museum, the International Spy Museum, the U.S. Olympic and Paralympic Museum, the National Center for Civil and Human Rights, the Capitol Visitor Center, and the Normandy American Cemetery Visitor Center for the American Battle Monuments Commission.

4. These projects reflect a career focused on translating complex history, science, and civic narratives into meaningful public experiences that connect people to place. Much of my professional work has involved collaborating with historians, scientists, educators, and federal cultural institutions to develop interpretive experiences grounded in rigorous research and public scholarship.

5. I currently serve on the board of the National Cold War Center. I received the SEGD Distinguished Member Award in 2014 and the Distinguished Star Award from the Fashion Institute of Technology's Graduate Exhibition Design program in 2015. My work on the International Spy Museum was also recognized by the American Institute of Architects.

6. I am a frequent speaker on museum innovation, visitor experience, and the role of design in shaping inclusive cultural spaces. I have presented at the American Alliance of Museums, the Victoria & Albert Museum, MuseumNext, and the Building Museums Symposium. I have also served as an adjunct professor at George Washington University and as a critic for the graduate Exhibition Design program at the Fashion Institute of Technology. I regularly contribute to

2

professional discussions on best practices in exhibition and interpretive design through podcasts and public forums, including *Making the Museum*, *Matters of Experience*, and *Branders Magazine*.

7.      As CEO of SEGD, I lead the organization's strategy, operations, and advocacy efforts to advance the field of experiential graphic design. I oversee SEGD's membership community, conferences, research, publications, and professional development programs, many of which focus on best practices in exhibition design, interpretation, accessibility, visitor engagement, and public storytelling. SEGD also develops and disseminates professional guidance and research that inform best practices in interpretive and experiential design. I work closely with SEGD's board of directors, cultural institutions, and industry leaders to promote design practices that help museums, national parks, and other public institutions communicate history, science, and cultural narratives in ways that are accurate, accessible, and engaging for the public.

### SEGD's Background

8.      Founded in 1973, SEGD is a 501(c)(3) nonprofit organization composed of approximately 2,000 graphic and exhibition designers, fabricators, architects, media developers, creative technologists, students, and educators, who all share the common motivation of connecting people to place.

9.      SEGD's members interpret complex concepts into understandable language to create, among other things, the wayfinding exhibits, interpretive panels, and other displays seen at national parks, museums, visitor centers, and countless other sites across the United States. Through our platform, core to our mission and values, SEGD strives to make spaces and environments more inclusive and intuitive, emotive and engaging, sustainable and shared. SEGD is headquartered in Washington, D.C.

10.     Since SEGD's founding, we have represented the pinnacle of design for the built environment. For more than 50 years, the design work of SEGD's members has had an indelible influence on the ways that people move through and understand the world. Our members have contributed to and collaborated on a wide array of projects, including the 1984 Los Angeles Olympics, the Holocaust Memorial Museum, and the U.S. Olympic & Paralympic Museum. In 1993, SEGD published the first ADA White Paper on accessible wayfinding, setting the standard for understanding and interpreting federal guidelines for design that is inclusive of people with disabilities. In 2011, an SEGD member crafted a new wayfinding signage program for the National Mall in Washington, D.C., with more than 500 signs and maps guiding visitors to 50 museums, monuments, and memorials.

### SEGD's Mission

11.     SEGD's mission is to enrich the human experience by making physical environments more inclusive, accessible, and meaningful, and by connecting people to place. We do that by supporting experiential graphic designers as they work to ensure that design—including interpretive exhibits and wayfinding at national parks—helps people understand history, culture, science, and the environment in ways that are clear, inclusive, and truthful.

12.     As a professional association for experiential and interpretive design, we provide networking opportunities, education, training, and professional standards that guide how complex stories are responsibly translated into accessible public experiences.

13.     SEGD spends substantial time producing educational content and programming for our members, in order to give them tools to advance their practice and connect people to place. For example, we produce a weekly newsletter for our members. We also provide in person

symposiums, chapter events, online webinars, content via our website, white papers and professional development through case studies and our global design award publications.

14.     Our content and programming emphasizes our core values, including the importance of diversity, sustainability, and accessibility. We provide our members with content that focuses on how to engage communities through design, and how to do so in ways that support people of all backgrounds and ethnicities, so that the design experience is open to everyone.

15.     In 2020, for example, SEGD formed our first-ever Racial Justice Commission. The Commission's mission is to advance racial justice within both SEGD and the field of experiential graphic design. The Commission serves as an advisory group and provides guidance to committees, chapters, and staff. Its work recognizes that, for experiential designers, connecting people to place requires creating experiences that are inherently inclusive. Through the Commission, SEGD has worked to diversify the design profession and to reduce barriers to make content more accessible. The Commission is thus part of SEGD's broader efforts to help support members in telling complete stories and promoting core values of diversity and inclusion.

16.     Through the Commission, SEGD has implemented several initiatives to expand representation and promote inclusive design practices across the organization and the profession. These efforts include a commitment to increase representation of BIPOC designers and projects in SEGD's outward-facing communication. SEGD has also produced content aligned with cultural observances such as Black History Month, Hispanic Heritage Month, and Women's History Month to elevate diverse voices within the design community. The Commission also helps guide SEGD's programming and events in the hope that presenters and moderators ultimately become more reflective of the diversity of the communities designers serve. In addition, the Commission has

5

encouraged programming and professional discussions that address racial equity and inclusion within the design field.

17. The Commission has supported the development of educational programming and professional discussions on these topics, including sessions such as *People and Ideas: Diversifying Design*, *Decolonizing Design*, and workshops focused on inclusive design practices and community engagement. More broadly, SEGD has incorporated discussions on inclusion, accessibility, and community representation into many of its conferences, symposiums, and educational webinars.

18. SEGD is extremely focused on whose history we are telling and how we are telling it. We offer talks and webinars that discuss how to bring the community with ties to a particular place into the storytelling process. These talks often focus on how to provide space and time when telling the history of a place, and how to decide what to devote attention to and prioritize. For example, SEGD has featured the award-winning project *Up From the People: Protest and Change in D.C.* as a case study in symposium talks and tours. The project explores the history of protest and civic change in Washington, D.C., and the programming highlighted how the design team worked with local stakeholders and historians to interpret history in the public realm.

19. SEGD has also highlighted and promoted the project *Destination Crenshaw: Immortalizing Black Los Angeles Along Crenshaw Boulevard*, a major community-centered public art and interpretive landscape initiative in Los Angeles. The project team was featured in SEGD programming and publications, including a presentation at SEGD's 2022 symposium in Santa Monica, where designers discussed how community engagement informed the interpretation of Black history and culture along this historic corridor.

6

20.     In particular, SEGD members have played a critical role in shaping how visitors engage with and encounter history, science, and all messages across national parks. Developing any one exhibit panel or interpretive sign in a park often takes months or even years of research, peer review, and coordination among historians, scientists, educators, interpretive planners, and accessibility experts. Through careful and inclusive design choices, our members have helped communities tell difficult truths and share previously untold histories. These efforts help fulfill SEGD's mission to connect people to place.

21.     Previously, the Park Service has been committed to telling the whole history and accurate science, which both are crucial to SEGD's mission of connecting people to place. As a result, our members engaged in extensive vetting of content that ultimately was shared in the parks to ensure it was as accurate as possible based on available high quality academic and scientific research. For example, I personally served as the lead creative director on the redevelopment of the Gettysburg National Military Park Museum and Visitor Center, which opened in 2008. As part of that project, we conducted public surveys, forums, and more than a dozen workshops with National Park Service rangers and interpreters, local educators, national historians, and specialists from the National Park Service's Harpers Ferry Center. That process revealed that many visitors did not connect the Battle of Gettysburg to the central role of slavery or to the broader consequences of the Civil War. The resulting interpretive approach broadened the narrative beyond battlefield tactics to address the causes of the war and examine both what the war resolved and what it did not. In developing the project, we worked closely with National Park Service staff and followed the Park Service's interpretive guidance, accessibility standards, and management policies to ensure the content was historically accurate and consistent with the Park Service's

mission. The project has since been widely cited as an example of the National Park Service's leadership in establishing rigorous standards for historically accurate public interpretation.

22.    That project, and other similar ones that our members contribute to, focus on ensuring that as one of the main conduits for storytelling in the parks, we are expressing multiple points of view—rather than just a narrow conception of history—and that we are engaged with the communities whose own experiences we are trying to capture and chronicle. SEGD and its members have thus developed expertise in how to engage communities and tell the whole history, balancing the nuances of telling complex stories in an accessible way.

23.    In addition, the Park Service has long established professional standards for research-based interpretive planning and public communication.[1] Processes that comply with these standards are generally highly collaborative, and may involve writers, historians, scientists, and curators, among others, all working toward the shared goal of design excellence and producing materials that are accessible and captivating for the audience. The Park Service's practices have been closely aligned with SEGD's mission to enrich the human experience by making physical environments—including parks—more inclusive, accessible, and meaningful.

### The Secretary's Order Impairs SEGD's Mission

24.    In the past, SEGD has been able to rely on the Park Service's commitment to rigorous, scholarship-driven interpretation as consistent with our own professional values. To that end, SEGD's programming and resources have benefited many of our members who provide the Park Service with interpretive wayfinding and exhibition design. These efforts fulfilled both our

---

[1] For some examples of Park Service guidance and standards, see *Wayside Exhibits: A Guide to Developing Outdoor Interpretive Exhibits*, Nat'l Park Serv. (Oct. 2009), https://perma.cc/GS86-2N8P; *Harpers Ferry Center for Media Services*, Nat'l Park Serv., https://perma.cc/7UN8-TXW9; *Planning for Interpretation and Visitor Experience*, Division of Interpretive Planning, Harpers Ferry Center (1998), https://perma.cc/5BTR-NSG4.

own mission and the Congressional mandate that the parks "reflect different cultural backgrounds, ages, education, gender, abilities, ethnicity, and needs" and "current scientific and academic research, content, and methods."

25.    SEGD has also devoted substantial time and effort to developing best practices related to historic and scientific interpretation. For decades, SEGD has convened designers, museum professionals, educators, interpreters and subject-matter experts to discuss how complex historical, cultural, and scientific information can be communicated clearly and responsibly in public environments. Through conferences, symposiums, professional practice groups, and publications, SEGD highlights case studies and research on interpretive design in settings such as museums, cultural institutions, parks, campuses, and other civic spaces.

26.    Similarly, we develop educational content and programming for our members, all geared toward the goal of ensuring interpretive wayfinding, signage, and exhibitions are welcoming, accessible, and understandable to broad audiences. These efforts include:

- A weekly newsletter sharing research, case studies, and emerging ideas in experiential design;

- Four annual in-person symposiums focused on areas of practice such as wayfinding and placemaking, branded environments, exhibition and experience design, and digital media;

- An annual SEGD Conference Experience attended by more than 600 professionals;

- A two-day Academic Summit webinar series addressing issues such as racial justice, equity, sustainability, and evolving approaches to interpretation; and

- More than 100 chapter-led events each year that provide opportunities for peer learning, mentorship, and professional exchange.

9

SEGD also provides members with professional tools and resources to support their work in interpretive environments. These include the peer-reviewed *Communication + Place* academic journal, the annual SEGD Awards publication highlighting exemplary interpretive projects, white papers and best-practice guidelines on accessible wayfinding and inclusive environments, and three Professional Practice Groups focused on Wayfinding and Experiential Graphics, Museum Exhibition Design, and Digital and Interactive Media.

27. These educational programs and resources help SEGD members—including those who work on projects within the national parks and other cultural landmarks—develop the skills needed to communicate historical and scientific information accurately and responsibly. In professional discussions and educational programming, SEGD members frequently reference the National Park Service as an important model for high-quality public interpretation. Designers in our field have long looked to the National Park Service's interpretive standards, and the accessibility and interpretive guidelines developed by the Harpers Ferry Center, as leading examples of how interpretive signage and exhibits can responsibly connect visitors to the history, science, and cultural significance of place.

28. Now, however, the Secretary's Order has frustrated SEGD's mission. Because of the Order, the Park Service is censoring the very type of interpretive design—that is, design that is inclusive and accessible—that our mission demands. As a result, SEGD is caught between abandoning our mission and our vision and abandoning our members who rely on contracts with the Park Service for their livelihood. The Secretary's Order and its implementation have thus dramatically undermined and interfered with our work to make the built environment more inclusive and intuitive, emotive and engaging, sustainable and shared.

29. The Secretary's Order has also frustrated our efforts to advance the progress of our profession through best practices around interpretation. For decades, we have devoted our efforts to developing strategies for model historical and scientific interpretation. As a result of the Secretary's Order, the Park Service and the Department of Interior have disregarded those strategies altogether, and the Park Service has censored history and science without any regard for standards it is required by statute to follow. That directly harms our mission, not to mention the progress of our profession—the core values that we and our members embrace—and undoes the work SEGD and our members have put so much time toward.

30. In order to respond to and combat the Secretary's Order, SEGD has had to divert time and resources away from activities we would otherwise be pursuing. These efforts have included coordinating with partner organizations, communicating with members about the potential implications of the Order, and reviewing SEGD programming and educational materials to ensure that members can continue to participate safely in professional development activities. We have also had to devote staff and leadership time to responding to member concerns and adapting programming so that professionals working in government or federally affiliated institutions feel able to participate in professional development and volunteer activities. As a result, SEGD has had to spend less time on certain core activities, including the development of new educational programming, member services, and research initiatives related to experiential design and interpretation.

31. The Order has also had a chilling effect on participation in certain professional discussions within SEGD's community. Some members who work in public institutions have expressed concern about participating in programs related to topics such as equity, inclusion, sustainability, and interpretation. In response, SEGD has had to modify how certain educational

11

programs are framed, limit recording or public distribution of some discussions, and devote additional time to ensuring that members can participate in professional exchanges without fear that their participation could affect their employment.

32. SEGD has also received inquiries from members asking how the organization can support peers working in institutions most directly affected by the Order, including professionals working with or within the National Park Service, who may not feel able to speak publicly about these issues themselves. Responding to these concerns has required additional staff and leadership time and has further diverted SEGD's resources from its regular programming and educational activities.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Washington, D.C.
Dated: March 11, 2026

Cybelle Jones