# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Case No. 26-cv-10877** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF FACTUAL DEVELOPMENT

Plaintiffs write to advise the Court of a factual development concerning implementation of the Secretary's Order and Executive Order at issue in this case. On June 4, 2026, the *Washington Post* reported that the National Park Service "ordered the removal of three quotes at the Bunker Hill National Monument in Boston" because "they have run afoul of President Donald Trump's policy seeking to scrub 'corrosive ideology' from federal institutions."[1]

According to the *Washington Post*, a visitor complained to park staff about a quote concerning women's suffrage "as being 'woke' feminist ideology," which prompted the Park Service to conduct a wider review of material at the site and order the removal of materials containing three quotes before the 251st anniversary of the monument on June 17, 2026.[2] Those quotes include: (1) a quote from "Vietnam War veterans against the glorification of war"; (2) a quote that "spoke in favor of foreign-born citizens"; and (3) a quote about how the monument "is

---

[1] Jake Spring, *Park Service orders removal of 'woke' quotes at Boston's Bunker Hill monument*, Wash. Post (June 4, 2026), https://perma.cc/XA4M-Z5LJ.
[2] *Id.*

1

a 'bitter mockery' to the millions of enslaved people who were held by people who claimed to love liberty."[3]

This development relates to Plaintiffs' motion for a 5 U.S.C. § 705 stay or preliminary injunction (Doc No. 29), and in particular Plaintiffs' description of ongoing, wide-ranging, and irreparable harm from implementation of the Secretary's Order.

Date: June 4, 2026                    Respectfully submitted,


                                      */s/ Brooke Menschel*

                                      Brooke Menschel* (NY Bar No. 5004692)
                                      Michael J. Torcello* (DC Bar No. 90014480)
                                      Pablo A. Moraga* (DC Bar No. 90037895)
                                      Steven Y. Bressler* (DC Bar No. 482492)
                                      Robin F. Thurston* (DC Bar No. 1531399)
                                      Mark B. Samburg (Mass. BBO No. 680099)
                                      DEMOCRACY FORWARD FOUNDATION
                                      P.O. Box 34553
                                      Washington, D.C. 20043
                                      T: (202) 448-9090
                                      F: (202) 796-4426

                                      *Counsel for the Plaintiffs*
                                      *Admitted *pro hac vice*

---

[3] *Id.*

2

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Brooke Menschel*

Brooke Menschel
