# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL PARKS CONSERVATION
ASSOCIATION; AMERICAN ASSOCIATION FOR
STATE AND LOCAL HISTORY; ASSOCIATION
OF NATIONAL PARK RANGERS; COALITION
TO PROTECT AMERICA'S NATIONAL PARKS;
SOCIETY FOR EXPERIENTIAL GRAPHIC
DESIGN; UNION OF CONCERNED SCIENTISTS,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR; DOUG
BURGUM, in his official capacity as Secretary of the
Interior; NATIONAL PARK SERVICE; JESSICA
BOWRON, in her official capacity as the Official
Exercising the Delegated Authority of the Director,

*Defendants*.

Civil Action No. 1:26-cv-10877-AK

## NOTICE OF APPEAL

Notice is hereby given that Defendants appeal the Court's June 12, 2026 Memorandum and Order on Plaintiffs' Motion for 5 U.S.C. § 705 Stay or, in the Alternative, Preliminary Injunction (ECF No. 41), and June 4, 2026 Memorandum and Order on Defendants' Motion to Dismiss (ECF No. 37). This appeal is taken to the United States Court of Appeals for the First Circuit.

Dated: June 15, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

1

/s/ Romney S. Philpott
Romney Philpott
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on June 15, 2026.

/s/ Romney S. Philpott
Romney S. Philpott