**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

NATIONAL PARKS CONSERVATION
ASSOCIATION; AMERICAN ASSOCIATION FOR
STATE AND LOCAL HISTORY; ASSOCIATION
OF NATIONAL PARK RANGERS; COALITION
TO PROTECT AMERICA'S NATIONAL PARKS;
SOCIETY FOR EXPERIENTIAL GRAPHIC
DESIGN; UNION OF CONCERNED SCIENTISTS,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR; DOUG
BURGUM, in his official capacity as Secretary of the
Interior; NATIONAL PARK SERVICE; JESSICA
BOWRON, in her official capacity as the Official
Exercising the Delegated Authority of the Director,

*Defendants*.

Civil Action No. 1:26-cv-10877-AK

**DEFENDANTS' EXPEDITED MOTION FOR STAY PENDING APPEAL**

Pursuant to Fed. R. Civ. P. 62(c), Defendants respectfully move the Court to stay its

Memorandum and Order on Plaintiffs' Motion for 5 U.S.C. § 705 Stay or, In the Alternative,

Preliminary Injunction ("Injunction Order"). (Doc. No. 41). Defendants respectfully request that

the Court rule on this motion by **5:00 P.M. on Wednesday, June 17, 2026**, so that, should the

Court deny the stay, the matter can be timely considered by the U.S. Court of Appeals for the

First Circuit. Absent the grant of the requested stay, the United States presently intends to file a

motion for a stay with the First Circuit on **Thursday, June 18**.  As support for this motion,

Defendants rely upon the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court allow this motion and enter a stay of the Injunction Order.

Dated:  June 15, 2026                              Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

*/s/ Romney Philpott*
Romney Philpott
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice

**LOCAL RULE 7.1 CERTIFICATION**

I certify that I conferred with counsel for the Plaintiffs, and that the parties were unable to resolve or narrow the issues presented by this motion.

*/s/ Romney Philpott*
Romney Philpott

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on June 15, 2026.

*/s/ Romney Philpott*
Romney Philpott