**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

NATIONAL PARKS CONSERVATION
ASSOCIATION; AMERICAN ASSOCIATION FOR
STATE AND LOCAL HISTORY; ASSOCIATION
OF NATIONAL PARK RANGERS; COALITION
TO PROTECT AMERICA'S NATIONAL PARKS;
SOCIETY FOR EXPERIENTIAL GRAPHIC
DESIGN; UNION OF CONCERNED SCIENTISTS,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR; DOUG
BURGUM, in his official capacity as Secretary of the
Interior; NATIONAL PARK SERVICE; JESSICA
BOWRON, in her official capacity as the Official
Exercising the Delegated Authority of the Director,

*Defendants*,

Civil Action No. 1:26-cv-10877

---

**SECOND DECLARATION OF JESSICA BOWRON, COMPTROLLER OF THE**
**NATIONAL PARK SERVICE, EXERCISING THE DELEGATED AUTHORITY**
**OF THE DIRECTOR OF THE NATIONAL PARK SERVICE**

I, Jessica Bowron, declare as follows:

1. My name is Jessica Bowron.  I am the Comptroller for the National Park Service ("NPS")

and am exercising the delegated authority of the Director of the NPS pursuant to a

January 20, 2025, delegation of that authority from the Acting Secretary of the Interior,

and subsequent extensions of that authority by the Secretary of the Interior. I have been

employed by the NPS since 2007 and have served as the NPS Comptroller since 2017.

1

2.  I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3.  In my current position as Comptroller, Exercising the Delegated Authority of the Director of the NPS, I oversee the management and operation of all units within the National Park System and its approximately 20,000 employees nationwide, as well as all NPS programs, NPS directorates, and regional offices. In this role, I oversee the NPS's Cultural Resources, Partnerships, and Science Directorate, the NPS's Natural Resources, Stewardship, and Science Directorate, as well as NPS's Interpretation, Education, and Volunteers Directorate.

4.  The National Park System is comprised of four hundred and thirty-three (433) units, including sixty-three (63) National Parks, eighty-seven (87) National Monuments, seventy-six (76) National Historic Sites, sixty-four (64) National Historical Parks, thirty-one (31) National Memorials, and eighteen (18) National Recreation Areas, among others. NPS units are spread across all fifty states, the District of Columbia, and the U.S. territories

5.  As explained in my April 4, 2026 declaration in this matter ("First Declaration"), the NPS's interpretive media take many forms, including waysides and exhibits, park unigrid brochures (the iconic NPS park brochures/maps), program brochures, park newspapers, and educational handouts, audiovisual materials that play in NPS facilities such as visitor centers and museums, online content, and other information that is necessary to educate and inform the visitor experience. The NPS works closely with specialized non-profit partners known as Cooperating Associations that operate retail bookstores in System

units that enhance our interpretive goals by allowing visitors to purchase and take home relevant educational materials.

6. I understand that the District Court has ordered the NPS to "reinstall all interpretive materials at park sites managed by the NPS" that have been "altered, removed, or damaged" as a result of the NPS's implementation of Secretary's Order (or "SO") 3431. This will be exceedingly burdensome to the NPS. As I described in my First Declaration, the NPS undertook substantial efforts to ensure compliance with Secretary's Order (SO) 3431, commencing approximately a year ago. The review process was performed on a case-by-case basis by a team of NPS senior leadership and Departmental officials, and decisions (particularly as to removing materials) were also made, not just on the basis of SO 3431, but also on a confluence of other factors (including age or condition of the materials; consistency with modern interpretive standards; and whether retirement was already part of a System unit's interpretive plan).

7. The NPS maintains three types of interpretive materials that it has altered or is in the process of altering consistent with the Secretary's Order: exhibits that existed at the time the order was issued that have been reviewed for consistency with the Secretary's Order and subsequently altered, removed or replaced as a result of that review process; written materials that have been reviewed for consistency with the Secretary's Order and that were subsequently revised and replaced; and, recently developed exhibits that have also been reviewed for consistency with the Secretary's Order as existing materials.

8. For NPS exhibits that were on display at the time of the Secretary's Order that have been replaced, some of these are likely still stored at or near the park. Others have likely been destroyed as they may have been made of disposable materials (paper or cardboard) or

3

were old and weathered and/or also included information that needed updating. For example, of approximately 100 completed revision projects reported under SO 3431, around 14 prior exhibits were destroyed as part of their removal.

9. To replace destroyed exhibits, park staff would need to locate the graphic file for the exhibit or, if it could not be located, recreate the graphic file based on available information and memory. If the exhibit was designed by the Harper's Ferry Center and the graphic file is readily accessible, it would take a minimum of 7 to 10 business days to re-fabricate and, depending on the number of exhibits, the material needed, and other workload, could take longer. There are only a limited number of exhibit fabricators available for the NPS to contract with, and, in our experience, these fabrication projects take longer during the summer season due to increased and unpredictable contractor workloads.

10. As examples, at the National Mall, park staff estimate that replacing waysides related to President Franklin Roosevelt will cost $3000 and take at least 90 days. At First State National Historical Park, park staff estimate that replacing interior exhibits will cost $1000 and take at least 30 days. At Charles Pinckney National Historic Site, park staff estimate that replacing a small sign will cost $300 and take at least 30 days. At Gateway National Recreation Area, park staff estimate replacing two exhibit panels will cost $7000, but the amount of time is uncertain.

11. Once the exhibits are re-fabricated by the fabricator, they would then need to be sent to the park. Many parks are in remote locations, including some of those discussed (e.g., Glacier National Park) in the District Court's order. As a result, the exhibits could take several business days for the park to receive.

12. Reinstalling re-fabricated or stored exhibits would require the diversion of NPS staff resources at the relevant parks while parks are already experiencing staffing constraints. This is particularly difficult during the summer season, which is the busiest time of year at most parks. Moreover, many parks are also preparing for their own Semiquincentennial activities this year in addition to their regular summer duties. These activities include intensive special exhibits, displays, interpretive and educational activities, as well as complex commemorative events for America's 250th birthday. The NPS anticipates increased visitation to many System units around the Semiquincentennial, but this Order would likely cause impacts to visitors through limited closures and disruption of visitor services to facilitate the onsite reinstallations during such a uniquely busy time period for the NPS.

13. And in some instances, park staff have communicated considerations beyond the scope of SO 3431 for retaining revised interpretive content. As examples, at Virgin Island National Park, three waysides flagged for removal under SO 3431 had also received complaints from local community members, which the park sought to address with its revisions. At Great Smoky Mountains, a visitor center panel was removed in response to SO 3431, and the space has been more optimally allocated to other park needs.

14. The printed interpretive materials affected by the District Court's order include the iconic unigrid brochures, park newsletters, park-specific junior ranger handbooks, interpretive pamphlets, and other printed materials such as trail guides.  I understand the District Court's order to require the NPS to revert back to the previous versions of these interpretive materials.

15.  Many park newsletters and interpretive pamphlets are often designed and printed in-house by the park or through a local vendor. Replacing these types of materials will generally be easier to implement than replacing other types of materials, depending on the complexity of the brochure and whether the park has residual stocks of the previous version.

16. The unigrid brochures are developed through the Harper's Ferry Center for Media Services. It often takes several months to develop a new version of a park's unigrid brochure, and this publication office has lost significant capacity in recent years. In some cases, the park may still have on hand printed copies of the old version that they can use to provide to visitors while the order is placed to print additional copies for use at the park. In other cases, the park may not have any printed copies of the old version on hand to distribute to visitors while it awaits reprints of the previous version of the brochure. It would likely take several weeks for the NPS to finalize an order and for the Government Printing Office to print and deliver new unigrid brochures that visitors could use, depending on the Government Printing Office's capacity constraints.

17. If there are cases in which the park must cease using its current unigrid brochure and does not have copies of the prior version on hand, or does not have sufficient copies to cover visitor demand, this would deprive visitors of the use of these brochures until replacement brochures can be made available. Unigrid brochures are critically important sources of information provided to, and relied upon, park visitors.  In addition to providing maps of the park that identify resources, ranger stations, visitor centers and provide other wayfinding information, these brochures provide safety information, educate visitors about park resources and safety considerations, and provide general

orientation material about park to visitors. Costs to print the unigrids can vary depending on the size and complexity of the brochure, but a recent estimate for a small park was $7,000 for 20,000 brochures. A larger park would require a larger print run at a higher overall cost. For example, an order for Yellowstone National Park of 650,000 brochures cost approximately $112,000. Printing times are generally 30 to 45 days depending on volume.

18. Junior ranger booklets are park specific interpretive materials that take months to develop. The process for replacing current versions of junior ranger booklets with previous versions would be similar to the process for replacing the unigrid brochures. At Buck Island Reef National Monument in the Virgin Islands, park staff estimate the replacement of the junior ranger book to cost $2000 and take around 60 days.

19. In addition to pre-existing interpretive content, the NPS has been working to create new materials to interpret areas that are newly opened or have undergone substantial renovation in preparation for the Semiquincentennial, including the Lincoln Memorial Undercroft, the First Bank of the United States, and the Independence Hall West Wing. These materials did not replace existing interpretive content but were developed over the course of multiple years and underwent the same review for consistency with SO 3431 as existing materials. The NPS does not consider new interpretive materials that did not replace existing materials, such as the materials at these sites, to fall within the District Court's order.

20. As I described in my First Declaration, the NPS is constantly developing, reviewing, and updating interpretive materials—even *prior* to the issuance of SO 3431.  As noted in my First Declaration and addressed above, implementation of SO 3431 has been interwoven

into the NPS's existing interpretive activities. Enjoining the NPS from taking any action to implement SO 3431 and requiring the NPS to cease any removal or alteration of interpretive content and restore all interpretive content as it existed on May 19, 2025—even where SO 3431 is only one of many factors that resulted in the revision or removal of a particular exhibit or other NPS interpretive material—will impact the NPS's ability to undertake its continual efforts to review and update interpretive materials and continue its ongoing interpretation responsibilities to the American public and System unit visitors.

21. And, as I indicated in my First Declaration, these reviews help ensure that interpretive media assets remain accurate, relevant and timely. As a governmental entity, our interpretive programming generally reacts to societal trends, political activities, and similar historical events. The considerations included in SO 3431 have been and can continue to be implemented consistent with the existing legal and policy standards that the NPS applies to its interpretive programming.

22. Finally, the NPS not understand the District Court's order to affect the updating or replacement (due to age or wear and tear) of materials conducted by the NPS in the regular course of business. As explained in my April 8, 2026 declaration, the NPS regularly conducts cyclic maintenance and updates to its interpretive media assets to ensure they remain accurate, relevant, and useable. In the regular course of operations, on any given day, NPS staff may work on developing, revising, repairing, or retiring hundreds of interpretive media assets. The NPS's active management and constant maintenance, revision, replacement, and retirement of interpretive media assets are critical to providing relevant educational resources to visitors.

I declare under penalty of perjury that the foregoing is true and correct.

JESSICA
BOWRON

Digitally signed by
JESSICA BOWRON
Date: 2026.06.15
18:14:22 -04'00'

Washington, District of Columbia
Dated: June 15, 2026

Jessica Bowron