# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:  National Parks Conservation Association et al v. Department of the Interior et al

District Court Number:  1:26-cv-10877-AK

Fee:    Paid?   Yes _____  No _____   Government filer  X____   *In Forma Pauperis* Yes _____   No  X___

Motions Pending        Yes  X___  No _____          Sealed documents      Yes _____  No  X___
*If yes, document #*        44_____          *If yes, document #*      _____

*Ex parte* documents     Yes _____  No  X___          Transcripts             Yes _____  No  X___
*If yes, document #*        _____          *If yes, document #*      _____

Notice of Appeal filed by: Plaintiff/Petitioner  X___   Defendant/Respondent _____   Other: _____

Appeal from:

 NOTICE OF APPEAL as to 37 Memorandum & ORDER, 41 Memorandum & ORDER
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## Dkt 41, Dkt 43

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  43_____  filed on 6/15/2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _____.

**ROBERT M. FARRELL**
Clerk of Court

 /s/ Courtney Horvath_____
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**