| Park Name | Item Description | Reason for Removal | Media Type | Item Current Location | Item Condition | If item not available, necessary process to recreate |
|---|---|---|---|---|---|---|
| Delaware Water Gap National Recreation Area | "Guide to the Gap" park brochure | Disparages Americans past or living | Publications | Discarded | N/A | TBD |
| Gateway National Recreation Area | Jamaica Bay Wildlife Refuge VC exhibit | Unrelated to beauty, abundance, and grandeur of the natural landscape | Signs and Waysides | Discarded | N/A | Refabricate using external vendor, install with in-house staff |
| Colonial National Historical Park | General Assembly wayside | Disparages Americans past or living | Signs and Waysides | In the park | Ok | N/A |
| Acadia National Park | Exhbits in the Nature Center | Unrelated to beauty, abundance, and grandeur of the natural landscape | Interior Exhibits | In the park | Ok | N/A |
| Acadia National Park | Tripods at Cadillac Mountain | Unrelated to beauty, abundance, and grandeur of the natural landscape | Signs and Waysides | In the park | Ok | N/A |
| Acadia National Park | Tripods at Great Meadows | Unrelated to beauty, abundance, and grandeur of the natural landscape | Signs and Waysides | In the park | Ok | N/A |
| Acadia National Park | Exhibit at Schoodic Institute | Unrelated to beauty, abundance, and grandeur of the natural landscape | Interior Exhibits | In the park | Ok | N/A |
| Independence National Historical Park | Portrait description | Disparages Americans past or living | Interior / Exterior Exhibits | In the park | Ok | N/A |
| Cape Cod National Seashore | Four waysides | Unrelated to beauty, abundance, and grandeur of the natural landscape; also waysides outdated and/or in poor condition | Signs and Waysides | In the park | 2 in poor condition; 1 part of a project that has ended; 1 ok | TBD |
| First State National Historical Park | Caesar Rodney exhibit | Disparages Americans past or living | Interior / Exterior Exhibits | Discarded | N/A | Refabricate using external vendor |
| George Washington Memorial Parkway | Tribal land acknowledgement posting | Disparages Americans past or living | Signs and Waysides | In the park | Ok | N/A |
| National Mall and Memorial Parks | George Mason Wayside | Disparages Americans past or living | Signs and Waysides | In the park | Ok | N/A |
| National Mall and Memorial Parks | African American Civil War Memorial Wayside | Disparages Americans past or living | Signs and Waysides | In the park | Ok | N/A |
| National Mall and Memorial Parks | FDR Memorial Exhibit Panel | Disparages Americans past or living | Interior / Exterior Exhibits | Discarded | N/A | Refabricate using external vendor |
| George Washington Memorial Parkway | Sign at Great Falls | Disparages Americans past or living | Signs and Waysides | In the park | Ok | Re-post or internal re-print |
| Belmont-Paul Women's Equality National Monument | Informational wayside | Disparages Americans past or living | Signs and Waysides | Discarded | N/A | Refabricate using external vendor |
| Carter G. Woodson Home National Historic Site | Short video | Disparages Americans past or living | Film | At the park | Ok | N/A - available |
| Carter G. Woodson Home National Historic Site | Video | Disparages Americans past or living | Film | At the park | Ok | N/A - available |
| Big Cypress National Preserve | Mangroves wayside | Unrelated to beauty, abundance, and grandeur of the natural landscape | Signs and Waysides | At the park | Ok | N/A - available |
| Blue Ridge Parkway | Wayside | Disparages Americans past or living | Signs and Waysides | At the park | Poor | Sign needs to be refabricated using an external vendor |
| Buck Island Reef National Monument | Junior Ranger book | Disparages Americans past or living | Publication | Discarded | N/A | Books would need to be reprinted |
| Cane River Creole National Historical Park | Temporary exhibits in Visitor Center | Disparages Americans past or living | Signs and Waysides | At the park | Ok | N/A - available |
| Cane River Creole National Historical Park | Exhibit panels | Disparages Americans past or living | Interior / Exterior Exhibits | At the park | Ok | N/A - available |
| Castillo de San Marcos National Monument | Exhibit panels | Disparages Americans past or living | Interior / Exterior Exhibits | At the park | Ok | N/A - available |
| Castillo de San Marcos National Monument | Exhibit panels | Disparages Americans past or living | Interior / Exterior Exhibits | At the park | Ok | N/A - available |
| Charles Pinckney National Historic Site | Sign | Unrelated to beauty, abundance, and grandeur of the natural landscape | Signs and Waysides | At the park | TBD | TBD |
| Christiansted National Historic Site | Film | Disparages Americans past or living | Film | At the park | Ok | N/A - available |
| Christiansted National Historic Site | Film | Disparages Americans past or living | Film | At the park | Ok | N/A - available |
| Cumberland Gap National Historical Park | Publication | Unrelated to beauty, abundance, and grandeur of the natural landscape; disparages Americans past or living | Publications | Discarded | N/A | Park would reprint in-house |
| Fort Raleigh National Historic Site | Junior Ranger book | Disparages Americans past or living | Publications | At the park | Ok | Some existing stock; would need to reorder. |
| Fort Raleigh National Historic Site | Waysides | Disparages Americans past or living | Signs and Waysides | At the park | Ok | N/A - available |
| Fort Sumter and Fort Moultrie National Historical Park | Bottle fill signs | Unrelated to beauty, abundance, and grandeur of the natural landscape | Signs | Discarded | N/A | Sign would need to be redesigned and installed, TBD if in-house or external vendor. |
| Fort Sumter and Fort Moultrie National Historical Park | Wayside | Unrelated to beauty, abundance, and grandeur of the natural landscape | Wayside | Discarded | N/A | Sign needs to be refabricated using an external vendor |
| Great Smoky Mountains National Park | Interior exhibit | Unrelated to beauty, abundance, and grandeur of the natural landscape | Interior / Exterior Exhibits | At the park | Poor | Custom exhibit that was in disrepair; park has repurposed the space and would be difficult to restore in kind. |
| Guilford Courthouse National Military Park | Exhibit panels in Visitor Center | Disparages Americans past or living | Interior / Exterior Exhibits | At the park | Ok | N/A - available |
| Gulf Islands National Seashore | Exhibits | Disparages Americans past or living | Interior / Exterior Exhibits | At the park | Ok | N/A - available |
| Jean Lafitte National Historical Park and Preserve | Waysides | Unrelated to beauty, abundance, and grandeur of the natural landscape | Signs and Waysides | Discarded | N/A | Sign needs to be refabricated using an external vendor |
| Mammoth Cave National Park | Exhibit panels in Visitor Center | Unrelated to beauty, abundance, and grandeur of the natural landscape; disparages American past or living | Interior / Exterior Exhibits | At the park | Ok | N/A - available |
| Medgar and Myrlie Evers Home National Historic Monument | Junior Ranger book | Disparages Americans past or living | Publications | Discarded | N/A | Park would need to reprint through GPO |
| Natchez Trace Parkway | Waysides | Disparages Americans past or living; out of conformance with EO 14172 | Signs and Waysides | At the park | Out of compliance with EO 14172 | TBD |
| Ocmulgee Mounds National Historical Park | Site bulletin | Disparages Americans past or living; not developed in consultation with Tribes | Publications | At the park | Outdated | N/A - available |
| Timucuan Ecological and Historic Preserve | Exhibit panels in Visitor Center | Unrelated to beauty, abundance, and grandeur of the natural landscape | Interior / Exterior Exhibits | At the park | Ok | N/A - available |
| Virgin Islands National Park | Waysides | Disparages Americans past or living | Signs and Waysides | At the park | Ok | N/A - available |
| Virgin Islands National Park | Waysides | Disparages Americans past or living | Signs and Waysides | At the park | Ok | N/A - available |
| Muir Woods National Monument | Sign | Disparages Americans past or living | Signs and Waysides | At the park | Ok | N/A - available |

| | | | | | | |
|---|---|---|---|---|---|---|
| Muir Woods National Monument | Sign | Unrelated to beauty, abundance, and grandeur of the natural landscape | Signs and Waysides;#Signs and Waysides | At the park | Ok | N/A - available |
| Wrangell-St. Elias National Park & Preserve | Exhibit panels | Disparages Americans past or living | Interior / Exterior Exhibits | TBD | TBD | TBD |
| Pictured Rocks National Lakeshore | Wayside | Disparages Americans past or living | Signs and Waysides | At the park | Ok | N/A - available |
| Grand Teton National Park | Exhibit panel | Disparages Americans past or living | Interior / Exterior Exhibits | Discarded | N/A | Park would reprint and install in-house |
| Sunset Crater National Monument | Exhibit panel | Unrelated to beauty, abundance, and grandeur of the natural landscape | Interior / Exterior Exhibits | Discarded | N/A | Park would reprint and install in-house |
| Rock Creek Park | Wayside | Disparages Americans past or living | Wayside | TBD | TBD | TBD |
| Natchez Trace Parkway | Exhibit panels | Revisions made for reasons outside of the scope of SO 3431; out of conformance with EO 14172 | Interior / Exterior Exhibits | Discarded | N/A | TBD |
| Natchez Trace Parkway | Wayside | Revisions made for reasons outside of the scope of SO 3431; out of conformance with EO 14172 | Signs and Waysides | Discarded | N/A | TBD |
| Natchez Trace Parkway | Wayside/sign | Revisions made for reasons outside of the scope of SO 3431; out of conformance with EO 14172 | Signs and Waysides | Discarded | N/A | TBD |
| Natchez Trace Parkway | Waysides | Revisions made for reasons outside of the scope of SO 3431; out of conformance with EO 14172 and poor condition | Signs and Waysides | Discarded | N/A | TBD |
| Natchez Trace Parkway | Site bulletin | Revisions made for reasons outside of the scope of SO 3431; out of conformance with EO 14172 | Publications | Discarded | N/A | TBD |
| Independence National Historic Site* | President's House Site exhibit panels | Disparages Americans past or living | Exterior Exhibits | Most glass panels restored; large format metal panels were damaged and not restored, pending active litigation | Mixed | TBD |