**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

NATIONAL PARKS CONSERVATION
ASSOCIATION; AMERICAN ASSOCIATION FOR
STATE AND LOCAL HISTORY; ASSOCIATION
OF NATIONAL PARK RANGERS; COALITION
TO PROTECT AMERICA'S NATIONAL PARKS;
SOCIETY FOR EXPERIENTIAL GRAPHIC
DESIGN; UNION OF CONCERNED SCIENTISTS,

    *Plaintiffs*,

    v.

U.S. DEPARTMENT OF THE INTERIOR; DOUG
BURGUM, in his official capacity as Secretary of the
Interior; NATIONAL PARK SERVICE; JESSICA
BOWRON, in her official capacity as the Official
Exercising the Delegated Authority of the Director,

    *Defendants*.

Civil Action No. 1:26-cv-10877-AK

---

**DEFENDANTS' NOTICE WITH RESPECT TO STATUS REPORT**

On June 12, 2026 the Court issued a Memorandum and Order granting Plaintiffs' Motion

for 5 U.S.C. § 705 Stay or, in the Alternative, Preliminary Injunction (the "Injunction Order").

(Doc. No. 41). Among other things, the Injunction Order required Defendants to file weekly

status reports "describing all steps they have taken to comply with the Court's Order, including a

list of all interpretive materials that have been restored to their prior state as of May 19, 2025."

(Doc. No. 41) ¶ 4 at 62-63.  On June 17, pursuant to paragraph 4 of the Injunction Order,

Defendants filed their Consolidated Status Report and Inventory of Items Removed. (Doc. No.

49.)

1

On June 23, 2026, the United States Court of Appeals for the First Circuit granted an "immediate administrative stay of paragraphs 2, 3, and 4 of the [Injunction] Order." *See* Exhibit 1. Because the portion of the Injunction Order requiring status reports has been stayed by the First Circuit, Defendants are not filing a status report today.

Dated:  June 24, 2026                          Respectfully submitted,

                                               ADAM R.F. GUSTAFSON
                                               Principal Deputy Assistant Attorney General

                                               BRADLEY CRAIGMYLE
                                               Deputy Assistant Attorney General


                                               */s/ Ian M. Swenson*
                                               Ian M. Swenson
                                               Counsel
                                               Environment and Natural Resources Division
                                               United States Department of Justice

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on June 24, 2026.

/s/ Ian M. Swenson