## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; AMERICAN ASSOCIATION FOR STATE AND LOCAL HISTORY; ASSOCIATION OF NATIONAL PARK RANGERS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; SOCIETY FOR EXPERIENTIAL GRAPHIC DESIGN; UNION OF CONCERNED SCIENTISTS,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as the Official Exercising the Delegated Authority of the Director,<br><br>*Defendants*. | Civil Action No. 1:26-cv-10877 |

## DEFENDANTS' MOTION TO STAY ALL DEADLINES

Defendants move, pursuant to this Court's inherent authority, to stay all deadlines in this case pending the resolution of Defendants' appeal of the Court's Preliminary Injunction Order. As support for this motion, Defendants rely upon the reasons set forth in the accompanying memorandum of law.

1

WHEREFORE, Defendants respectfully request that the Court allow this motion and stay all deadlines in this case pending the resolution of Defendants' appeal of the Court's Preliminary Injunction Order.

Dated:  July 22, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Ian M. Swenson*
Ian M. Swenson
Counsel
Environment and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, District of Columbia 20530
(202) 532-5139
Ian.Swenson@usdoj.gov

2

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that I conferred with counsel for the Plaintiffs, and that the parties were unable to resolve or narrow the issues presented by this motion.

/s/ *Ian M. Swenson*

Ian M. Swenson

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on July 22, 2026.

/s/ *Ian M. Swenson*

Ian M. Swenson