## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

NATIONAL PARKS CONSERVATION
ASSOCIATION; AMERICAN ASSOCIATION FOR
STATE AND LOCAL HISTORY; ASSOCIATION
OF NATIONAL PARK RANGERS; COALITION
TO PROTECT AMERICA'S NATIONAL PARKS;
SOCIETY FOR EXPERIENTIAL GRAPHIC
DESIGN; UNION OF CONCERNED SCIENTISTS,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR; DOUG
BURGUM, in his official capacity as Secretary of the
Interior; NATIONAL PARK SERVICE; JESSICA
BOWRON, in her official capacity as the Official
Exercising the Delegated Authority of the Director,

*Defendants.*

Civil Action No. 1:26-cv-10877

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY ALL DEADLINES

Upon consideration of Defendants' Motion to Stay All Deadlines (Doc. No. 59) it is hereby

ordered that the Scheduling Conference set for August 18, 2026 is terminated and all deadlines in

this case are stayed pending the resolution of the appeal of the Court's Preliminary Injunction

Order.

So ORDERED this __ day of _____, 2026

_____
THE HON. ANGEL KELLEY
UNITED STATES DISTRICT JUDGE