**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-10877 |

**NOTICE OF FILING OF THE ADMINISTRATIVE RECORD**

Pursuant to this Court's Scheduling Orders (Doc. Nos. 67, 74), Defendants hereby provide notification of their filing of the Administrative Record. The Administrative Record comprises those documents and materials directly or indirectly considered by the agency and/or agency decision-makers when issuing Secretary's Order 3431, Restoring Truth and Sanity to American History, the putative final agency action in this case. Defendants do not concede that Secretary's Order 3431 is a final agency action under the Administrative Procedure Act and will continue to argue that Secretary's Order 3431 is not a final agency action.

Dated: September 17, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Ian M. Swenson*

Ian M. Swenson
Senior Counsel
Energy and Natural Resources Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, District of Columbia 20530
(202) 532-5139
Ian.Swenson@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above document was served upon Plaintiffs' counsel by the Electronic Case Filing system on September 17, 2026.

/s/ *Ian M. Swenson*
Ian M. Swenson