**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION; AMERICAN ASSOCIATION FOR STATE AND LOCAL HISTORY; ASSOCIATION OF NATIONAL PARK RANGERS; COALITION TO PROTECT AMERICA'S NATIONAL PARKS; SOCIETY FOR EXPERIENTIAL GRAPHIC DESIGN; UNION OF CONCERNED SCIENTISTS,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as the Official Exercising the Delegated Authority of the Director,<br><br>*Defendants*, | Civil Action No. 1:26-cv-10877 |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Jason Gibson, am the National Park Service ("NPS") Acting Associate Director for Interpretation, Education, and Volunteers. I have been in this position for approximately fourteen months. My office is located at the NPS Headquarters in Washington, D.C.

In my capacity as Acting Associate Director for Interpretation, Education and Volunteers, I assisted in the compilation of Administrative Record for the Secretary's Order 3431: Restoring Truth and Sanity to American History and reviewed all documents included in the Administrative Record.

I certify, to the best of my knowledge and belief, that the documents identified in the Administrative Record Index accompanying this declaration comprise the full and complete Administrative Record concerning Secretary's Order 3431: Restoring Truth and Sanity to American History.

JASON GIBSON Digitally signed by JASON GIBSON Date: 2026.09.16 17:16:20 -04'00'

Washington, District of Columbia
Dated: September 16, 2026

Jason Gibson
Acting Associate Director
Interpretation, Education and Volunteers
National Park Service

**National Parks Conservation Association v. U.S. Department of the Interior**

**Administrative Record Index**

| Bates Number | Document Description | Date Year | Month | Day | Author |
|---|---|---|---|---|---|
| 0001-0006 | Director's Order # 52C: Park Signs | 2003 | 09 | 29 | NPS |
| 0007-0023 | Director's Order # 6: Interpertation and Education | 2005 | 01 | 19 | NPS |
| 0024-0203 | National Park Service Management Policies | 2006 | 00 | 00 | NPS |
| 0204-0287 | Wayside Guide, First Edition | 2009 | 10 | 00 | NPS, Harper's Ferry Center |
| 0288-0298 | Removal of the Confederate Flag from National Park Sites, A guide for National Park Service Staff | 2015 | 00 | 00 | NPS |
| 0299-0318 | Confederate Monuments and Memorials Discussion Guide, A Guide for National Park Service Interpreters | 2017 | 00 | 00 | NPS |
| 0319-0360 | 400 Years Discussing Slavery, Freedom, & Race in America, A Guide for National Park Service Interpreters | 2019 | 08 | 05 | NPS |
| 0361-0362 | Signs, NPS website | 2024 | 07 | 23 | NPS, Harper's Ferry Center |
| 0363-0370 | Interpretive Media Selection Guide | 2024 | 03 | 11 | NPS |
| 0371-0448 | Interpretive Toolkit, History & Hope for Climate Action | 2024 | 7 | 18 | NPS |
| 0449-0491 | Harpers Ferry Center Editorial Style Guide | 2024 | 10 | 09 | NPS, Harper's Ferry Center |
| 0492-0496 | NPS webpage Telling All Americans' Stories: Publications on Diverse and Inclusive History | 2025 | 02 | 20 | NPS |
| 0497-0504 | Interpreting All Americans' Stories; Internal Guidance | 2025 | 01 | 23 | NPS |
| 0505-0507 | Executive Order 14253: Restoring Truth and Sanity to American History | 2025 | 03 | 27 | Executive Office of the President |
| 0508-0512 | Secretary's Order 3431: Restoring Truth and Sanity to American History | 2025 | 05 | 20 | Secretary of the Interior |