# *National Parks Conservation Association v. U.S. Department of the Interior*, 1:26-cv-10877 (D. Mass.)

# Administrative Record Part 8

An official website of the United States government Here's how you know

National Park Service

# Harpers Ferry Center



# Signs

### Design Resources for NPS

NPS personnel can find sign standards, design resources, sign arrowhead files, and project information and assistance on the HFC Sign SharePoint (https://doimspp.sharepoint.com/sites/nps-hfc-signs). (Non-NPS users will encounter an error when clicking this link. NPS users must be connected to the NPS network or VPN to access the site.)

## About NPS Signs

Signs are perhaps the most frequently used means of communicating with park visitors. They have a variety of functions. Signs welcome, direct, warn, inform, and more. The Harpers Ferry Center establishes and maintains sign standards for the NPS and provides assistance to parks designing and planning signs.



NPS signs are divided into 3 categories based on their function and intended audience. Each category of sign has its own set of standards, helping signs fulfill their required functions while maintaining the NPS Identity with a consistent look.

Identity signs display the name of a park or important site and facilities in a park. These signs greet our visitors and typically give them a photo opportunity. The Arrowhead reminds them that the place they are entering is part of a system of parks cared for by the National Park Service.

Motorist Guidance Signs provide directions to motorists traveling to, or within parks. They also display traffic regulations (including parking control) and information about road hazards.

VIS signs provide information to visitors who are on foot, riding bicycles, or traveling by motor vehicle at very low speed. These signs can include trailheads, trail directionals, orientation, resource protection, and safety.

**Contact the NPS Sign Team**

NPS employees are encouraged to browse the resources available on the HFC Sign SharePoint (see link, top of page). If you would like to contact the sign team directly, please send inquiries to HFC_si@nps.gov. Due to project loads and limited sign staff, response time to emails will be delayed. **It may take up to several weeks for staff to respond to your inquiry.** We appreciate your patience.

Last updated: July 23, 2024

## Was this page helpful?

Yes

No

An official form of the United States government. Provided by Touchpoints (https://touchpoints.app.cloud.gov/)

# Experience More

ORGANIZATIONS

**Museum Management Program (https://www.nps.gov/orgs/1454)**