# *National Parks Conservation Association v. U.S. Department of the Interior*, 1:26-cv-10877 (D. Mass.)

# Administrative Record Part 9



# Interpretive Media Selection Guide

Interpretive media selection is as much art as science. There is rarely only one way to achieve a goal. Involving specialists in key media is highly recommended. Each situation has its own particular mix of factors to consider. Some of the most important elements in a media decision are message, audience, and resources.

## Message

What is to be communicated affects the method of communication, and vice versa. Is the message simple or complex? Is it an abstract concept that can only be presented verbally or are there graphic components? Does the concept require a specific sequence or chronology to be understood? Is it helpful or necessary to involve many senses? How can we make the messages attractive, compelling, and relevant? What priority does this information have in relation to the overall interpretive program? Should the message be experienced in addition to—or rather than—taught? What are the desired outcomes of this communication?

## Audience

The audience must be able to access and comprehend the information. What knowledge and expectations are they likely to have when they arrive at the site?

How much time do they have? When would this information be most useful: before, during, or after experiencing the resource? What are the primary languages, literacy patterns, ages, and group types? What are their motivations for coming to the site? Are there cultural differences to take into account? What accessibility concerns do they have? The more detailed the audience profile, the easier it is to select appropriate media.

### Resources

The quality and quantity of resources available to support media development not only will affect the kind of media selected, but also may determine the feasibility and cost of production. Are there landscape elements to support the message? Are they accessible? How much information is available on the selected subject? Has the accuracy of the information been certified? Are there additional perspectives that should be interpreted? Are quality photographs and other graphic elements available and can the proper use rights be obtained? Does the message rely heavily on the use of artifacts, and are these artifacts in existence and available? Can the artifacts be adequately protected while on display? What kind of budget can be projected?

## On This Page

Strengths and Limitations of Media Types

Audiovisual Media

Digital Media

Historic Furnishings

Museum Exhibits

Personal Services

Publications

Wayside Exhibits

# Strengths and Limitations of Media Types

Common types of media used to deliver interpretive messages include audiovisual products, digital media, museum exhibits, publications, personal services, and wayside exhibits. Each has qualities that make it more or less suitable for a given application. Some of the recognized strengths and limitations of each medium are listed below. Note that these are generalizations; exceptions can usually be found.

## Audiovisual Media

### Advantages

- Create a mood and provide emotional impact.
- Set the tone and frame an experience or conversation.
- Provide testimony from multiple perspectives.
- Introduce viewers to individuals they will never meet.
- Be immersive and transport viewers back in time and to places they cannot visit.
- Provide views of different seasons and events.
- Provide multiple layers of information – from high level conceptual overviews to individual personal experiences.
- Be distributed off-site and across multiple platforms.
- Be experienced by individuals unable to visit in person.
- Reach many visitors at one time.
- Provide consistent messaging.
- Provide accessibility to a broader audience.
- Be translated in different languages.

### Limitations

- Messages cannot easily be personalized or tailored to unique audiences
- May offer little opportunity for visitors to browse or study an item in depth or at their own pace
- May be a visual or auditory intrusion
- Low-budget products can fall short of expectations

# Digital Media

## Advantages

- Complement, supplement, or are independent of other interpretive media
- Provide 24/7 virtual access to content or places
- Integrate accessibility into the core of the experience, offering 508 compliance, audio description, and virtual access to sites and places that are not physically accessible
- Can offer opportunities to reach audiences that speak other languages (including a global audience)
- Can be relatively low cost compared to other media
- Extend onsite experiences through **post-visit interpretive opportunities**. Visitors may explore resources they learned about but did not visit or reflect on an experience by learning more or being reminded of their onsite experience.
- Can include pre-visit content to increase awareness of NPS sites and resources
- Provide access to sensitive or physically restricted areas or buildings
- Offer opportunities for location-aware experiences and content
- Include video, audio, and text

## Limitations

- Require internet access and an internet device to use or experience
- Can still be a barrier to some users with cognitive issues or challenges with software or hardware
- May not be compliant with privacy or data security requirements
- Can become outdated quickly if not maintained
- Onsite hardware requires maintenance.

# Historic Furnishings

## Advantages

- Offer visitors a special interpretive experience by allowing them to go inside historic spaces
- Being surrounded by historic artifacts helps visitors feel that places "come alive" and relate more directly to the historic events and personalities

commemorated by parks.

- Frequently historic furnishings researchers unearth new archival resources, make new contacts, or discover previously unknown artifacts that add to the site's interpretation.
- Experiencing an accurately reproduced historically furnished room helps visitors develop a visual vocabulary of material culture and decorative arts.

### Limitations

- Expensive to maintain due to security, housekeeping, and conservation costs
- Accessibility can be a problem because of narrow hallways and doorways for visitors in wheelchairs and low light levels for visually impaired visitors.
- Historically furnished rooms usually cannot "stand alone" and require some kind of additional interpretation (e.g., tour guides, interpretive panels, audio stations, etc.).
- Barriers can block sight lines but are necessary if the room is not restricted to visitors on guided tours.

## Museum Exhibits

### Advantages

- Can be viewed at visitors' own pace
- Can be designed in all shapes, sizes, colors, and textures
- Display objects associated with the site
- Incorporate artifacts, artwork, or mixed media to produce desired atmosphere and effects
- Transcend language and cultural barriers
- Promote the use of the senses to aid the perception of diverse visitors of all abilities
- Promote visitor participation
- Can be designed for both indoor and outdoor use
- Are well suited for ideas that can be illustrated graphically
- Can group permanent exhibits with rotating, seasonal, or temporary displays to provide a sense of change
- Provide experiences of varying complexity, allowing visitors to select the depth they choose

### Limitations

- Are sensitive to agents of deterioration
- Require security and maintenance
- Must be housed in adequate facilities
- Do not work well to tell largely verbal, complex, or sequential stories
- Can be very expensive
- Exhibit materials may have high commercial value, making them targets for theft.
- Inexpensive exhibits may look amateurish and are usually less effective than higher quality (and more expensive) productions.
- Technology and materials can overwhelm the message.

## Personal Services

### Advantages

- Direct human-to-human communication is often more enjoyable to visitors than communication by impersonal media.
- Are easily customizable to meet visitor needs or changing conditions
- Use group/visitor reactions to stimulate interest
- Can be interactive
- May be monitored and changed accordingly
- Tap the diverse skills of interpreters
- Are versatile, effective, and relatively easy to implement
- Can be cost effective, especially in the short term
- Convey complex messages and help visitors connect tangibles and intangibles to universal concepts

### Limitations

- Require well-trained interpreters
- May not provide consistent messages
- Require close supervision and management
- Can be difficult and expensive to maintain year-round

- Have high recurring costs
- Can be difficult to critique properly

# Publications

## Advantages

- Are portable
- Treat a subject in-depth
- Provide a source of detailed reference information
- Can be produced in different languages
- Are suited to presenting sequential or complex material
- Can be read at visitors' own pace
- Can produce income
- Can often be revised at a reasonable cost
- Can be produced at various levels of detail
- Have value as a souvenir, something to take home
- Can be used before going to a site, during the visit, or after returning home
- Can be produced to treat the same subject for different audiences
- May be appropriate for stories lacking in artifacts or photographs

## Limitations

- Can discourage potential readers with lengthy and/or complex texts
- Can be a source of litter
- Require periodic revision to remain current and accurate
- May require facilities and maintenance (such as brochure dispensers)

# Wayside Exhibits

## Advantages

- Available 24/7
- Use real objects and features in their own setting as objects of interpretation
- Are relatively inexpensive
- Can be designed to blend with site environment

- Provide onsite interpretation of specific sites and stories
- Depict a place as it appeared many years before
- Show a feature from a view unattainable by visitors
- Illustrate phenomena that are invisibly affecting a resource
- Establish a park identity at remote, unstaffed locations
- Alert visitors to safety or resource issues at the point of danger, decision, or environmental impact
- Can be replaced relatively quickly and inexpensively

### Limitations

- Offer a limited amount of text and graphics per panel
- Don't work well for complicated subject matter
- Focus attention on tangible resources; less effective with intangibles and universal concepts
- May intrude on a park's visual landscape
- May not be practical at sites with climatic or environmental extremes
- Are susceptible to vandalism