# *National Parks Conservation Association v. U.S. Department of the Interior*, 1:26-cv-10877 (D. Mass.)

# Administrative Record Part 13

**Current Version –**[Interpreting All Americans' Stories]




NPS Interpretation and Education strive to tell a full, accurate, and relevant stories of NPS sites and America. With nearly half of national parks created for their historic or cultural significance, the NPS is an essential and uniquely positioned storyteller for the nation.

NPS IE is committed to increasing the voices and contributions of lesser-known peoples and communities in our stories. Telling stories of a broader scope of people and communities requires research, subject collaboration or co-creation, and interpretation.

The following resources are provided to help IE staff build the skills needed to tell stories that are representative of and relevant to a diverse American audience.

### Related Resources

- Telling All Americans' Stories on NPS.gov
- 250th Commemoration SharePoint Site












# Programs & Funding

## Mellon Fellows Postdoctoral Fellowship Program

Mellon Fellows Program SharePoint

Mellon Fellows Program on NPS.gov

The NPS Mellon Humanities Postdoctoral Fellowship Program (Mellon Fellows) aims to tell a more comprehensive story of all Americans at NPS sites. The program is both a signature project for the 250th Commemoration and a model for transforming scholarly research into relevant interpretive products.

Mellon Fellows are recent humanities PhDs support research with NPS units and programs across the agency. Fellows work with NPS mentors, scholars, and community partners to conduct original research and develop new interpretive and educational products and programming. The Mellon Fellows Program is managed in partnership with the National Park Foundation and the Cultural Resources, Partnerships, and Science Directorate.

## Inclusive Storytelling Program

Inclusive Storytelling Grant Program

The Inclusive Storytelling grant program supports NPS work to document, share, and amplify lesser-known stories through various interpretive products and services. Inclusive Storytelling Program is managed in partnership with the National Park Foundation.

# Discussion Guides

## Confederate Monuments & Memorials Discussion Guide

Confederate Monuments & Memorials Discussion Guide (PDF)

This discussion guide that addresses national talking points on Confederate monuments and memorials. To help parks answer visitor questions about Confederate monuments and the role of the NPS in conversations around these monuments, this guide provides context and resources for further exploration.

## Removal of the Confederate Flag from NPS Sites

Confederal Flag Removal Guide (PDF)

Following the tragic mass shooting that occurred in Charleston, South Carolina many questions arose over the display and sale of stand-alone Confederate flags at National Park Service sites. On June 24, 2015 Director Jarvis issued a memorandum to Regional Directors, Associate and Assistant Directors and National Park Service Cooperating Associations, Partners, and Concessionaires requesting that they voluntarily withdraw items that depict a Confederate Flag as a stand-alone feature, especially items that are wearable and displayable. In addition, the memo noted that Confederate flags should not be flown in units of the National Park System and related sites, except where the flag would provide historical context.

## Theme Studies

### NPS Theme Studies

To tell all Americans' stories, the NPS has developed several heritage theme studies. **View the full list of NHL theme studies.**

- African American Heritage Theme Study
- American Latino Heritage Theme Study
- Asian American and Pacific Islander Heritage Theme Studies
- Disability History: Theme Study
- European Heritage Theme Studies
- Indigenous Heritage Theme Studies

## External Resources

### Audience

- The Inclusive Historian's Handook
  How to make history work more relevant and invite more people to engage in history projects.
- Audience and Inclusion - American Alliance of Museums
  Can the visual arts foster empathy and understanding?
- Empathy in Museum Visitors - American Alliance of Museums
  Using the museum superpower to spark curiosity.

### Land Acknowledgement

Land acknowledgments may be established in collaboration with affiliated Native American Tribes, Native Hawaiian communities, and Alaska Native groups.

- Why is Indigenous Land Acknowledgement Important? — Native Governance Center
- Land Acknowledgement — Wilderness Awareness

# NPS Toolkits

## Interpreting Climate Change Toolkit

Climate Change Toolkit SharePoint Site

*History and Hope: Interpreting the Roots of our Climate Crisis and Inspiring Action* toolkit provides resources to expand our interpretation of climate change. By using history intentionally, we can help visitors see climate change in a new light from its human-caused origins to its solutions.

## History Discovery Resources

History Discovery on NPS.gov

History discovery involves the investigation and interpretion of the past by creating dynamic experiences in our national parks, at our historic sites, and in our national heritage areas. These tools and ideas can be scaled up or down and can be used by individuals completing historical interpretation within the NPS, as well as those outside of the agency looking for best practices in connecting people, places, and histories.

**January 23, 2025 – Interpreting Inclusive Stories**




NPS Interpretation and Education strive to tell a full, accurate, and relevant stories of NPS sites and America. With nearly half of national parks created for their historic or cultural significance, the NPS is an essential and uniquely positioned storyteller for the nation.

NPS IE is committed to increasing the voices and contributions of lesser-known peoples and communities in our stories. Telling stories of a broader scope of people and communities requires research, subject collaboration or co-creation, and interpretation.

The following resources are provided to help IE staff build the skills needed to tell stories that are representative of and relevant to a diverse American audience.

### Related Resources

- Telling All Americans' Stories on NPS.gov
- 250th Commemoration SharePoint Site













## Programs & Funding

## Mellon Fellows Postdoctoral Fellowship Program

Mellon Fellows Program SharePoint

Mellon Fellows Program on NPS.gov

The NPS Mellon Humanities Postdoctoral Fellowship Program (Mellon Fellows) aims to tell a more comprehensive story of all Americans at NPS sites. The program is both a signature project for the 250th Commemoration and a model for transforming scholarly research into relevant interpretive products.

Mellon Fellows are recent humanities PhDs support research with NPS units and programs across the agency. Fellows work with NPS mentors, scholars, and community partners to conduct original research and develop new interpretive and educational products and programming. The Mellon Fellows Program is managed in partnership with the National Park Foundation and the Cultural Resources, Partnerships, and Science Directorate.

## Slavery, Freedom, & Race Discussion Guide

Slavery, Freedom & Race Discussion...

*400 Years: Discussing Slavery, Freedom, & Race in America* provides information about how to approach dialogue surrounding the history of slavery, freedom, and race in America. This guide was created to help interpreters generate ideas and options for how to have deep conversations around race with your park's visitors. The example dialogic questions in this guide will help you craft your own experiences.

## Confederate Monuments & Memorials Discussion Guide

Confederate Monuments & Memorials Discussion Guide (PDF)

This discussion guide that addresses national talking points on Confederate monuments and memorials. To help parks answer visitor questions about Confederate monuments and the role of the NPS in conversations around these monuments, this guide provides context and resources for further exploration.

## Removal of the Confederate Flag from NPS Sites

Confederal Flag Removal Guide (PDF)

Following the tragic mass shooting that occurred in Charleston, South Carolina many questions arose over the display and sale of stand-alone Confederate flags at National Park Service sites. On June 24, 2015 Director Jarvis issued a memorandum to Regional Directors, Associate and Assistant Directors and National Park Service Cooperating Associations, Partners, and Concessionaires requesting that they voluntarily withdraw items that depict a Confederate Flag as a stand-alone feature, especially items that are wearable and displayable. In addition, the memo noted that Confederate flags should not be flown in units of the National Park System and related sites, except where the flag would provide historical context.

# NPS Toolkits

## Interpreting Social Justice Toolkit

Interpreting Social Justice Toolkit...

Tools and resources for NPS employees to create a work culture and provide visitor services that advance engagement, equity, diversity, justice, and inclusion.

## Interpreting Climate Change Toolkit

Climate Change Toolkit SharePoint Site

*History and Hope: Interpreting the Roots of our Climate Crisis and Inspiring Action* toolkit provides resources to expand our interpretation of climate change. By using history intentionally, we can help visitors see climate change in a new light from its human-caused origins to its solutions.

## History Discovery Resources

History Discovery on NPS.gov

History discovery involves the investigation and interpretion of the past by creating dynamic experiences in our national parks, at our historic sites, and in our national heritage areas. These tools and ideas can be scaled up or down and can be used by individuals completing historical interpretation within the NPS, as well as those outside of the agency looking for best practices in connecting people, places, and histories.

# Theme Studies

## NPS Theme Studies

To tell all Americans' stories, the NPS has developed several heritage theme studies. **View the full list of NHL theme studies**.

- African American Heritage Theme Study
- American Latino Heritage Theme Study
- Asian American and Pacific Islander Heritage Theme Studies
- Disability History: Theme Study
- European Heritage Theme Studies
- Indigenous Heritage Theme Studies
- LGBTQ Heritage Theme Study

# External Resources

### Audience and Inclusion

- The Inclusive Historian's Handook
  How to make history work more relevant and invite more people to engage in history projects.
- Audience and Inclusion - American Alliance of Museums
  Can the visual arts foster empathy and understanding?
- Empathy in Museum Visitors - American Alliance of Museums
  Using the museum superpower to spark curiosity.

### Land Acknowledgement

Land acknowledgments may be established in collaboration with affiliated Native American Tribes, Native Hawaiian communities, and Alaska Native groups.

- Why is Indigenous Land Acknowledgement Important? — Native Governance Center
- Land Acknowledgement — Wilderness Awareness