# *National Parks Conservation Association v. U.S. Department of the Interior*, 1:26-cv-10877 (D. Mass.)

# Administrative Record Part 15

THE SECRETARY OF THE INTERIOR
WASHINGTON

**ORDER NO. 3431**

**Subject:** Restoring Truth and Sanity to American History

Sec. 1. **Purpose.** This Order implements provisions of President Trump's March 27, 2025, Executive Order (EO) 14253, titled "Restoring Truth and Sanity to American History." EO 14253 directs the Secretary of the Interior (Secretary) to provide sufficient funding, as available, to improve the infrastructure of Independence National Historical Park and to complete such improvements by July 4, 2026, the 250th anniversary of the signing of the Declaration of Independence. It also directs the Secretary to review public monuments, memorials, statues, markers, or similar properties within the Department of the Interior's (Department) jurisdiction and to restore Federal sites dedicated to history, including parks and museums, to solemn and uplifting public monuments that remind Americans of our extraordinary heritage, consistent progress toward becoming a more perfect Union, and unmatched record of advancing liberty, prosperity, and human flourishing.

Sec. 2. **Authority.** Among the authorities for this Order are 43 U.S.C. § 1451 *et seq.*; the National Park Service Organic Act, 54 U.S.C. § 100101 *et seq.*; the National Wildlife Refuge System Administration Act, 16 U.S.C. § 668dd *et seq.*; the Federal Land Policy and Management Act, 43 U.S.C. § 1701 *et seq.*; the Reclamation Act of 1902, 43 U.S.C. § 391 *et seq.*, as amended and supplemented; 25 U.S.C. §§ 2, 9; 43 U.S.C. § 1457; EO 14253; and section 2 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262), as amended.

Sec. 3. **Background.** In EO 14253, President Trump set the policy of this administration to restore Federal sites dedicated to history to solemn and uplifting public monuments that remind Americans of our extraordinary heritage, consistent progress toward becoming a more perfect Union, and unmatched record of advancing liberty, prosperity, and human flourishing.

Established in 1948, Independence National Historical Park was created to protect the historic places associated with the birth of the American republic, standing as icons of freedom and democratic ideals for people around the world. The centerpiece of the park is Independence Hall, where the Declaration of Independence, the Articles of Confederation, and the United States Constitution were debated. The universal principles of freedom and democracy set forth in these documents are of fundamental importance to American history. Their profound impact on lawmakers around the world was recognized when Independence Hall was inscribed on the UNESCO World Heritage List in 1979. The anniversary of the signing of the Declaration of Independence on July 4, 1776, is celebrated annually as the Nation's birthday. July 4, 2026, will be the 250th anniversary of the signing of the Declaration of Independence.

Recognizing the significance of Independence National Historical Park, and specifically Independence Hall, to America's 250th birthday, in EO 14253, President Trump ordered that sufficient funding be provided, as available, to improve the infrastructure of Independence National Historical Park. He further ordered that these improvements be complete by July 4, 2026.

The Department protects and manages the Nation's natural resources and cultural heritage. Since 1916, the American people have entrusted the National Park Service (NPS) with the responsibility to conserve and interpret some of its most special places—our national parks. In addition to national parks, other Departmental Bureaus and Offices manage important natural and cultural resources contained within national wildlife refuges—managed by the U.S. Fish and Wildlife Service (FWS)—and a variety of important natural and cultural sites on other public lands or similar properties—managed by the Bureau of Land Management (BLM), Bureau of Indian Affairs (BIA), and Bureau of Reclamation (BOR). These areas include national historic landmarks, national scenic and historic trails, and national monuments, which encompass places of historic and cultural significance to America.

Recognizing that the natural and historical resources managed by the Department should accurately reflect American history and not partisan ideology, in EO 14253, President Trump further ordered that the Secretary shall:

a. determine whether, since January 1, 2020, public monuments, memorials, statues, markers, or similar properties within the Department's jurisdiction have been removed or changed to perpetuate a false reconstruction of American history; inappropriately minimize the value of certain historical events or figures; or include any other improper partisan ideology;

b. take action to reinstate the pre-existing monuments, memorials, statues, markers, or similar properties, as appropriate and consistent with applicable law; and

c. take action, as appropriate and consistent with applicable law, to ensure that all public monuments, memorials, statues, markers, or similar properties within the Department's jurisdiction do not contain descriptions, depictions, or other content that inappropriately disparage Americans past or living (including persons living in colonial times), and instead focus on the greatness of the achievements and progress of the American people or, with respect to natural features, the beauty, abundance, and grandeur of the American landscape.

Sec. 4. **Restoring Independence Hall.** Consistent with EO 14253 and governing laws and regulations, I direct the Director of NPS to:

a. identify any infrastructure improvements, including deferred maintenance and restoration activities, necessary to improve the infrastructure of Independence National Historical Park, including Independence Hall;

b. identify funding needed to complete any such projects or activities; and

c. subject to available funding and consistent with applicable law and authorities, enter into any contracts or other agreements necessary to complete the projects or activities in such time as to allow for sufficient preparation for the celebration of the 250th anniversary of our Nation's birth on July 4, 2026.

Sec. 5. **Restoring Truth in American History.** Consistent with EO 14253 and governing laws and regulations, I direct the heads of NPS, FWS, BLM, BIA, and BOR (collectively: the land management Bureaus), and the relevant Assistant Secretaries, to implement section 4 of EO 14253 as follows:

a. **Review of changed or removed properties.**

1. Within 30 days of the date of this Order, each land management Bureau shall conduct a review to identify any public monuments, memorials, statues, markers, or similar properties (collectively: properties) on lands within its jurisdiction that have been removed or changed from January 1, 2020, through the date of this Order.

i. The review required by this Order may be conducted by a Bureau-wide data call or other method determined by the relevant Bureau to be the most efficient and cost-effective way to identify properties that have been removed or changed since January 1, 2020.

ii. This review shall not include properties located on lands held in trust by the United States for an individual Indian or Tribe, or lands held by an individual Indian or Tribe that are subject to Federal restrictions on alienation, except that, to the extent such lands are included within units of the national park system, it shall include NPS properties on such lands.

2. Within 60 days of the date of this Order, each land management Bureau shall provide a report to the relevant Assistant Secretary:

i. identifying any properties on lands within its jurisdiction that were altered or removed since January 1, 2020, and the date of such alteration or removal;

ii. describing the nature of the alteration or removal;

iii. providing the Bureau's reason for the alteration or removal; and

iv. concluding whether the alteration or removal of each property was made to perpetuate a false reconstruction of American history; inappropriately minimize the value of certain historical events or figures; or include any other improper partisan ideology.

3. If alteration or removal was undertaken because of a reason described in subparagraph iv above, the land management Bureau with jurisdiction

over the property shall immediately undertake such actions as are necessary to reinstate such property, consistent with all applicable laws, regulations, and policies.

b. **Review of properties for inappropriate content.**

1. Within 90 days of the date of this Order, each land management Bureau shall conduct a review of all public monuments, memorials, statues, markers, or similar properties on lands within its jurisdiction to identify whether any such properties contain images, descriptions, depictions, messages, narratives or other information (content) that inappropriately disparages Americans past or living (including persons living in colonial times), or, with respect to content describing natural features, that emphasizes matters unrelated to the beauty, abundance, or grandeur of said natural feature.

    i. The review required by this Order shall be conducted by inspecting all public-facing content at each property within the jurisdiction of the land management Bureau and shall incorporate any information received from the public via the method described in section 6.

    ii. This review shall not include properties located on lands held in trust by the United States for an individual Indian or Tribe, or lands held by an individual Indian or Tribe that are subject to Federal restrictions on alienation, except that, to the extent such lands are included within units of the national park system, it shall include NPS properties on such lands.

2. Within 120 days of the date of this Order, each land management Bureau shall remove any content meeting the criteria identified in paragraph 1 or otherwise found to be inconsistent with the purposes of EO 14253. The relevant land management Bureau shall then take action to replace the removed content with content that focuses on the greatness of the achievements and progress of the American people or, with respect to natural features, the beauty, abundance, and grandeur of the American landscape, and is otherwise consistent with EO 14253. In developing appropriate content, the land management Bureau shall coordinate with the Office of Communications within the Office of the Secretary.

Sec. 6. **Encouraging Public Participation**. Each land management Bureau shall post signage throughout each property, in as many locations within each property as necessary and appropriate to ensure public awareness, to allow for public input as to the state of the property, its management, and its compliance with this Order. Each such sign shall include a QR code that links to a website managed by the land management Bureau, allowing the user to provide a written entry. Each land management Bureau shall ensure that (1) precautions are taken to ensure the privacy and data security of respondents; (2) the webpage is actively monitored; and (3) any appropriate public input is shared with the relevant official at each land management Bureau property. Each such sign shall include the following message:

(Name of property) belongs to the American people, and (name of land management Bureau) wants your feedback. Please let us know if you have identified (1) any areas of the (park/area, etc. as appropriate) that need repair; (2) any services that need improvement; or (3) any signs or other information that are negative about either past or living Americans or that fail to emphasize the beauty, grandeur, and abundance of landscapes and other natural features.

Sec. 7. **Effect of the Order.** This Order is intended to improve the internal management of the Department and to ensure implementation of EO 14253. This Order and any resulting reports or recommendations are not intended to, and do not create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person. To the extent there is any inconsistency between the provisions of this Order and any Federal laws or regulations, the laws or regulations will control.

Sec. 8. **Expiration Date.** This Order is effective immediately and will remain in effect until it is amended, suspended, or revoked, whichever occurs first.

Secretary of the Interior

Date: MAY 20 2025